UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-11218 PA (SKx) | Date | January 12, 2026 |
|---|---|---|---|
| Title | Pedro Rivera, et al. v. Maricela Vallejo de Sanchez | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Kamilla Sali-Suleyman | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS - ORDER TO SHOW CAUSE

Local Rule 83-1.3 provides that it "shall be the responsibility of the parties to promptly file a Notice of Related Cases whenever two or more civil cases filed in this District:  (a) arise from the same or a closely related transaction, happening, or event; (b) call for determination of the same or substantially related or similar questions of law and fact; or (c) for other reasons would entail substantial duplication of labor if heard by different judges."  Local Rule 83-1.3 also states that the Notice of Related Cases "must be filed at the time any case (including a notice of removal or bankruptcy appeal) appearing to relate to another is filed, or as soon thereafter as it reasonably should appear that the case relates to another."

After being advised that this case was pending before another district court judge, on December 4, 2025, the Court issued an Order asking the parties to state their position as to whether this case was related to a case previously pending in this Court and now closed, Maricela Vallejo de Sanchez v. Pedro Rivera, et al., CV 22-6795 PA (AGRx) under General Order 24-04 II.1(b) and Local Rule 83-1.3.[1/]  The Court has received that response stating the reasons why the parties did not file a Notice of Related Cases when this matter was originally filed.  Given that this case has now been transferred to this Court's docket based on a determination the two cases are indeed related under the Local Rules, the parties are ordered to show cause why they should not each be sanctioned up to $1,000.00 for failing to file a Notice of Notice of Related Case as required by Local Rule 83-1.3, and for failing to identify this action as related to Case No. CV 22-6795 PA (AGRx).  The Response to this Order to Show Cause shall be filed by no later than January 23, 2026.

IT IS SO ORDERED.

---

[1/]   That Order was issued in 22-6795 PA (AGRx).  (Docket No. 98.)  The parties' response is filed in that case as well.  (Docket No. 99.)